# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>  Defendants | C.A. No. 25-1236-MN |

## DEFENDANT CIPLA LIMITED'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant Cipla Limited discloses as follows: Cipla Limited does not have a parent corporation, and no publicly-held corporation owns 10% or more of Cipla Limited's stock.

Dated: December 8, 2025

                **SMITH KATZENSTEIN & JENKINS LLP**

                */s/ Daniel A. Taylor*
                Neal C. Belgam (No. 2721)
                Daniel A. Taylor (No. 6934)
                1000 N. West Street, Suite 1501
                Wilmington, DE 19801
                (302) 652-8400
                nbelgam@skjlaw.com
                dtaylor@skjlaw.com

                *Attorneys for Defendant Cipla Limited*