IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>Defendants | C.A. No. 25-1236-MN |

**DEFENDANT CIPLA USA, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Cipla USA, Inc. discloses as follows: Defendant Cipla USA, Inc. is a 100% owned subsidiary of InvaGen Pharmaceuticals, Inc., which is a 100% owned subsidiary of Cipla (EU Limited), which is a 100% owned subsidiary of Cipla Limited.

Dated: December 8, 2025

SMITH KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla USA, Inc.*