IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HQ SPECIALTY PHARMA CORP. and<br>WG CRITICAL CARE, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1236 (MN) |
| | ) | **ANDA CASE** |
| CIPLA LTD. and CIPLA USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of 1) *Plaintiffs' First Set of Interrogatories*

*(Nos. 1-6)* and 2) *Plaintiffs' First Set of Requests for the Production of Documents and Things*

*(Nos. 1-48)* were caused to be served on January 26, 2026, upon the following in the manner

indicated:

Neal C. Belgam, Esquire                              *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

Stuart D. Sender, Esquire                            *VIA ELECTRONIC MAIL*
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Jenny Colgate
Kristen Logan
Andrew C. Stewart
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001
(202) 783-6040

January 26, 2026

Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 26, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 North West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Cipla Ltd.*<br>*and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Stuart D. Sender, Esquire<br>WINDELS MARX LANE & MITTENDORF LLC<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendants Cipla Ltd.*<br>*and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)