### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>Defendants | C.A. No. 25-1236-MN |

### NOTICE OF SERVICE OF CIPLA'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) AND DELAWARE PARAGRAPH 3

PLEASE TAKE NOTICE, that on February 13, 2026, pursuant to the Scheduling Order in this matter, D.I. 21 at ¶ 1, Defendants Cipla Limited and Cipla USA, Inc. ("Cipla") served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(l) and Paragraph 3 of the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") on the following counsel via email:

Megan E. Dellinger
Cameron Paul Clark
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@mnat.com

Steven Lieberman
Sharon L. Davis
Andrew C. Stewart
**ROTHWELL FIGG**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
(202) 783-6040
slieberman@rfem.com
sdavis@rfem.com
astewart@rfem.com

Dated: February 13, 2026

*Of Counsel:*

Stuart D. Sender
**WINDELS MARX LANE & MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200
ssender@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*
*Cipla Limited and Cipla USA, Inc.*