# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>Defendants | C.A. No. 25-1236-MN |

## NOTICE OF SERVICE OF CIPLA'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1–6) AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1–48)

PLEASE TAKE NOTICE, that on February 25, 2026, Defendants Cipla Limited and Cipla USA, Inc. ("Cipla") served their Response to Plaintiffs' First Set of Interrogatories (Nos. 1–6) and Response to Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1–48) on the following counsel via email:

Megan E. Dellinger
Cameron Paul Clark
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@mnat.com

Steven Lieberman
Sharon L. Davis
Andrew C. Stewart
**ROTHWELL FIGG**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
(202) 783-6040
slieberman@rfem.com
sdavis@rfem.com
astewart@rfem.com

Dated: February 25, 2026

*Of Counsel:*

Stuart D. Sender
**WINDELS MARX LANE &
MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200
ssender@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants
Cipla Limited and Cipla USA, Inc.*