IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAGENT PHARMACEUTICALS (INC.), <br><br> Defendant. | C.A. No. 25-1227 (MN) <br> **ANDA CASE** |
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LTD. and CIPLA USA, INC., <br><br> Defendants. | C.A. No. 25-1236 (MN) <br> **ANDA CASE** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs to serve initial infringement contentions is extended until March 13, 2026; and the deadline for defendants to serve initial invalidity contentions is extended until April 24, 2026.

No other deadlines are altered by this stipulation.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| Megan E. Dellinger (#5739)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br>cclark@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC* | *Attorneys for Defendant Sagent Pharmaceuticals (Inc.)* |
| | SMITH, KATZENSTEIN & JENKINS LLP |
| | /s/ *Daniel A. Taylor* |
| | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 North West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| March 6, 2026 | *Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc* |

SO ORDERED this _____ day of March 2026.

_____
United States District Court Judge