# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>　　　　Defendants | C.A. No. 25-1236-MN |

**NOTICE OF CIPLA'S CORE TECHNICAL DOCUMENT PRODUCTION**

PLEASE TAKE NOTICE, that on March 9, 2026, pursuant to the Court's Scheduling Order (D.I. 21, ¶ 8(b)), Defendants Cipla Limited and Cipla USA, Inc. ("Cipla") produced their core technical documents related to the accused product(s), sufficient to show how the accused product(s) work(s), including but not limited to the Abbreviated New Drug Application on the following counsel via email and file share:

Megan E. Dellinger
Cameron Paul Clark
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@mnat.com

Steven Lieberman
Sharon L. Davis
Andrew C. Stewart
**ROTHWELL FIGG**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
(202) 783-6040
slieberman@rfem.com
sdavis@rfem.com
astewart@rfem.com

Dated: March 9, 2026

*Of Counsel:*

Stuart D. Sender
**WINDELS MARX LANE & MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200
ssender@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants
Cipla Limited and Cipla USA, Inc.*