IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LTD. and CIPLA USA, INC., <br><br> Defendants. | C.A. No. 25-1236 (MN) <br> **ANDA CASE** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Disclosure of Asserted Claims and Preliminary Infringement Contentions for Defendants Cipla Ltd. and Cipla USA, Inc.* were caused to be served on March 13, 2026, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                                     *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

Stuart D. Sender, Esquire                                                   *VIA ELECTRONIC MAIL*
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendants Cipla Ltd.*
*and Cipla USA, Inc.*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Steven Lieberman<br>Sharon L. Davis<br>Jenny Colgate<br>Kristen Logan<br>Andrew C. Stewart<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>901 New York Avenue, N.W.<br>Suite 900 East<br>Washington, DC  20001<br>(202) 783-6040<br><br>March 13, 2026 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br>_____<br>Megan E. Dellinger (#5739)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 13, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 North West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Defendants Cipla Ltd.*<br>*and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Stuart D. Sender, Esquire<br>WINDELS MARX LANE & MITTENDORF LLC<br>One Giralda Farms<br>Madison, NJ 07940<br>*Attorneys for Defendants Cipla Ltd.*<br>*and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)