**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HQ SPECIALTY PHARMA CORP. and WG CRITICAL CARE, LLC,<br><br>     Plaintiffs,<br><br>     v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>     Defendants | C.A. No. 25-1236-MN |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on April 14, 2026, Defendants Cipla Limited and Cipla USA, Inc. ("Cipla") produced their First Set of Interrogatories (Nos. 1-9) and First Set of Requests for Production (Nos. 1-40) to Plaintiffs HQ Specialty Pharma Corp. and WG Critical Care, LLC on the following counsel via email:

Megan E. Dellinger
Cameron Paul Clark
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@mnat.com

Steven Lieberman
Sharon L. Davis
Andrew C. Stewart
**ROTHWELL FIGG**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
(202) 783-6040
slieberman@rfem.com
sdavis@rfem.com
astewart@rfem.com

Dated: April 14, 2026

*Of Counsel:*

Stuart D. Sender
**WINDELS MARX LANE &**
**MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200
ssender@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*
*Cipla Limited and Cipla USA, Inc.*