IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HQ SPECIALTY PHARMA CORP. and )
WG CRITICAL CARE, LLC, )
  )
        Plaintiffs, )
  )
        v. ) C.A. No. 25-1236 (MN)
  )
CIPLA LTD. and CIPLA USA, INC., ) **ANDA CASE**
  )
        Defendants. )

## STIPULATION AND CONSENT JUDGMENT

WHEREAS Plaintiffs HQ Specialty Pharma Corp. and WG Critical Care, LLC (collectively, "Plaintiffs") brought this suit against Defendants Cipla Ltd. and Cipla USA, Inc. ("Defendants") asserting infringement of U.S. Patent No. 10,130,646 (the "'646 patent");

IT IS HEREBY STIPULATED by Plaintiffs and Defendants, subject to approval of this Court:

1.     All claims and counterclaims between Plaintiffs and Defendants are dismissed without prejudice.

2.     Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

3.     Defendants are enjoined from making, having made, importing, using, offering for sale, or selling terminally sterilized Calcium Gluconate in sodium chloride injection bag products which are the subject of Cipla's Abbreviated New Drug Application No. 217891 (the "Cipla Products") in the United States during the term of the '646 patent, unless licensed by Plaintiffs.

4.     The Court retains jurisdiction over the parties to this action for purposes of enforcing this Stipulation and Consent Judgment.

5.     This Stipulation and Consent Judgment shall not act as an adjudication on the merits.

6.     The Clerk of the Court is directed to enter this Stipulation and Consent Judgment forthwith.

7.     Nothing herein prohibits or is intended to prohibit Defendants from maintaining, modifying or filing any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Cipla Products or any application therefore.

8.     Nothing herein prohibits or is intended to prohibit any party from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____
Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs HQ Specialty Pharma Corp and WG Critical Care, LLC*

SMITH KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Cipla Limited and Cipla USA Inc.*

2

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Andrew C. Stewart
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001
(202) 783-6040

May 19, 2026

OF COUNSEL:

Stuart D. Sender
Andrew J. Miller
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ  07940
(973) 966-3200

SO ORDERED this 20th day of May 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

3